UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) Case No. 4:24-cv-00129-BO-RJ )  ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| TAWANDA DAVIS, TAMIKA BRICE, AND DEBORAH VINCENT, | ) ) ) |
| *Defendants*. | ) ) ) ) |

## ENTRY OF DEFAULT AGAINST DEFENDANT
## DEBORAH VINCENT

Upon Motion for Entry of Default filed by Plaintiff, the undersigned Clerk of the United States District Court For The Eastern District of North Carolina finds and concludes as follows:

1. Defendant Deborah Vincent has failed to appear, plead, or otherwise defend after being properly served with a copy of the summons and complaint on September 4, 2024;

2. Defendant Deborah Vincent is an individual and is not a minor or an incompetent person or otherwise under disability; and

3. Default is hereby entered against Deborah Vincentas to the Complaint as provided by Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1.

This the _10_ day of March, 2025.

*[signature]*
Peter A. Moore, Jr., Clerk of Court