UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    *Plaintiff*,<br><br>v.<br><br>TAWANDA DAVIS, TAMIKA BRICE, AND DEBORAH VINCENT,<br><br>    *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:24-cv-00129-BO-RJ<br><br>**PLAINTIFF PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST INTERPLEADER DEFENDANT TAWANDA DAVIS AND INTERPLEADER DEFENDANT DEBORAH VINCENT PURSUANT TO FED. R. CIV. P. 55 AND LR 55.1** |

Interpleader Plaintiff Provident Life and Accident Insurance Company ("Provident") by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 55(b)(2) and LR 55.1, respectfully moves this Court for a Default Judgment against Defendant Tawanda Davis ("Defendant Davis") and Defendant Deborah Vincent ("Defendant Vincent") for failure to answer or to otherwise plead to the Complaint in this matter. In further support of this Motion, Provident relies on the facts and legal authority set forth in the Memorandum and Affidavit accompanying this Motion.

Dated: July 28, 2025                        Respectfully submitted,

                                                           /s/   Olivia F. Fajen
                                                           Olivia F. Fajen (NC State Bar No. 47730)
                                                           MAYNARD NEXSEN, P.C.
                                                           800 Green Valley Road, Suite 500
                                                           Greensboro, NC  27408
                                                           Office: (336) 387-5160
                                                           ofajen@maynardnexsen.com

                                                         Attorneys for Plaintiff, PROVIDENT LIFE AND
                                                         ACCIDENT INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

The undersigned also confirms that a copy of the foregoing was served on this same date by first-class mail on the following:

Tawanda Davis
319 Clement Drive
Enfield, NC 27823-1117

Deborah Vincent
65 Olde Town Drive apt B6
Roanoke Rapids, NC 27870

/s/ Olivia F. Fajen
Olivia F. Fajen
Attorneys for Plaintiff, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY