UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | Case No. 4:24-cv-00129-BO-RJ |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | |
| TAWANDA DAVIS, TAMIKA BRICE, AND DEBORAH VINCENT, | ) ) ) | |
| *Defendants*. | ) ) ) | |

## ORDER GRANTING PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST INTERPLEADER DEFENDANT TAWANDA DAVIS AND INTERPLEADER DEFENDANT DEBORAH VINCENT PURSUANT TO FED. R. CIV. P. 55 AND LR 55.1

The Court, having reviewed and considered Plaintiff Provident Life and Accident Insurance Company's ("Provident") Motion for Default Judgment against Interpleader Defendant Tawanda Davis ("Davis") and Interpleader Defendant Deborah Vincent ("Vincent"), and after having reviewed the underlying service of the Civil Summons and Complaint on Davis and Vincent, and the Clerk's Entry of Default against Davis and Vincent, the Court being satisfied that Defendants Davis and Vincent have failed to answer or otherwise plead to the Complaint, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that a Default Judgment against Interpleader Defendant Tawanda Davis and Interpleader Defendant Deborah Vincent is hereby entered pursuant to Fed. R. Civ. P. 55 and LR 55.1.

IT IS FURTHER ORDERED that Interpleader Defendant Tawanda Davis and Interpleader Defendant Deborah Vincent are permanently enjoined from prosecuting any action or proceeding in any court against Provident for the recovery of the disputed Death Benefits at issue in this case, under Provident Policy Nos. 0209387260, 0936515450, and 1147264660, arising from the death of Decedent James C. Vincent.

IT IS SO ORDERED this __4__ of September, 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE