UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:24-cv-00129-BO-RJ |
| v. | ) ) |
| TAWANDA DAVIS, TAMIKA BRICE, AND DEBORAH VINCENT, | ) ) ) |
| Defendants. | ) ) |

## STIPULATED JUDGMENT FOR DISTRIBUTION OF INSURANCE PROCEEDS AND INTERPLEADER RELIEF

This Court, having jurisdiction in this interpleader matter brought pursuant to Federal Rule of Civil Procedure 22, 28 U.S.C. § 1331, and 28 U.S.C. 1132(e) due to competing claims for benefits under the Group Whole Life component of an employee benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.*, and funded by Group Policy Nos. 0209387260, 0936515450 & 1147264660, issued by Plaintiff, Provident Life and Accident Insurance Company ("Provident Life"); upon the stipulation of Provident Life and Interpleader Defendant, Tamika Brice; and upon review of the pleadings and the record, including the Court's Order granting Default Judgment against Interpleader Defendants Tawanda Davis and Deborah Vincent for failing to answer or otherwise respond to the Complaint in this matter (Doc. 34), hereby Orders that:

**IT IS ORDERED** that judgment providing interpleader relief in favor of Provident Life is hereby granted;

**IT IS FURTHER ORDERED** that Provident Life shall pay Six Thousand One Hundred Twelve and 03/100 Dollars ($6,112.03) to Interpleader Defendant, Tamika Brice. This represents

Interpleader Defendant Brice's proportionate share of the benefits at issue totaling Eleven Thousand Five Hundred Seventeen and 03/100 Dollars ($11,517.03), less Five Thousand Four Hundred Five and 00/100 Dollars ($5,405.00) in reasonable attorney's fees and costs.

**IT IS FURTHER ORDERED**, pursuant to ERISA, 29 U.S.C. 1132(g)(1), Provident Life shall retain Five Thousand Four Hundred Five and 00/100 Dollars ($5,405.00) of the benefits in order to recover a portion of its reasonable attorney's fees and costs in connection with this action; and

**IT IS FURTHER ORDERED,** pursuant to ERISA 29 U.S.C. 1132(a)(3), that Provident Life is hereby released and discharged from and against any and all liability, suits, debts, judgment, dues, sums and/or causes of action, whether at law or in equity, to any person, entity, claimant or defendant, for any and all benefits arising under Provident Policy Nos. 0209387260, 0936515450, and 1147264660, which insured the life of James C. Vincent, deceased ("Decedent');

**IT IS FURTHER ORDERED,** pursuant to ERISA, 29 U.S.C. § 1132(a)(3)(B)(ii), that Interpleader Defendants are permanently restrained and enjoined from instituting and prosecuting any suit, civil action or proceeding in any state, federal or other court of competent jurisdiction against Provident Life seeking benefits or asserting damages claims, arising under Provident Policy Nos. 0209387260, 0936515450, and 1147264660, as a consequence of the Decedent's death.

**IT IS FURTHER ORDERED**, Tameka Brice's crossclaims are hereby dismissed as said claims are rendered moot by this stipulation.

This is a final order that resolves all pending claims, dismisses the matter with prejudice, and closes the case.

Dated: 10/16/25

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

**The undesigned hereby consent to the form, content and entry of this Stipulated Judgment for Distribution of Insurance Proceeds and Interpleader Relief.**

By: /s/ *Olivia F. Fajen*
Olivia F. Fajen (NC State Bar No. 47730)
MAYNARD NEXSEN, P.C.
800 Green Valley Road, Suite 500
Greensboro, NC 27408
Office: (336) 387-5160
ofajen@maynardnexsen.com

*Attorneys for Plaintiff Provident Life and Accident Insurance Company*

/s/ *Stephon J. Bowens*
Stephon J. Bowens (NC State Bar No. 20876)
WALLIS, BOWENS, AVERHART & ASSOCIATES, PLLC
5500 McNeely Drive, Suite 102 Raleigh, NC 27612 (919) 741-6798 (919) 781-0333 Fax
stephon@wbaalaw.com

*Attorneys for Interpleader Defendant Tamika Brice*

Dated: October 9, 2025